IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX LILE,<br><br>　　　　Defendant. | No. C 14-04648 EJD (PR)<br><br>ORDER VACATING JUDGMENT AND REOPENING CASE |

　　　　Plaintiff, a state prisoner at San Quentin State Prison, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On May 21, 2015, the Court dismissed this action for failure to file a second amended complaint. (Docket No. 9.) It appears that Plaintiff filed a second amended complaint on May 15, 2015. (Docket No. 8.) Accordingly, the Court will reopen the action. The Judgment entered on May 21, 2015, (Docket No. 10) is VACATED. The Court will conduct an initial review of the petition in a separate order.

DATED: 5/28/2015

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEX LILE,<br><br>        Defendant. | Case No.  5:14-cv-04648-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/28/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Jerry  Smith ID: H44485
    San Quentin State Prison
    San Quentin, CA 94974

Dated: 5/28/2015

                                    Richard W. Wieking
                                    Clerk, United States District Court

                                    By: _____
                                    Elizabeth Garcia, Deputy Clerk to the
                                    Honorable EDWARD J. DAVILA