1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  JERRY SMITH,                          )   No. C 14-04648 EJD (PR)
                                         )
10          Plaintiff,                   )   ORDER GRANTING MOTION FOR
                                         )   SECOND EXTENSION OF TIME TO
11   v.                                  )   FILE OPPOSITION
                                         )
12                                       )
     JERRY WHITE, et. al.,               )
13                                       )
            Defendants.                  )
14  _____ )   (Docket No. 25)

15

16          Plaintiff, a state prisoner at San Quentin State Prison proceeding pro se, filed an

17  amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On May 28, 2015, the

18  Court issued an order of service.  (Docket No. 12.)  On July 27, 2015, Defendants filed a

19  motion to dismiss and motion for summary judgment.  (Docket No. 17.)  Plaintiff has

20  filed a "declaration... for motion for extension of time" in which to file an opposition.

21  (Docket No. 25.)  The Court construes the declaration as a motion.

22          Having shown good cause, Plaintiff's motion is GRANTED.  Plaintiff shall file an

23  opposition **no later than October 21, 2015**.  Defendants shall file a reply **within**

24  **fourteen (14) days** after the filing date of Plaintiff's opposition.

25          This order terminates Docket No. 25.

26

27  DATED: _____9/18/2015_____

28                                          EDWARD J. DAVILA
                                            United States District Judge

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JERRY SMITH,

                Plaintiff,

   v.

JERRY WHITE, et al.,

                Defendants.

_____/

Case Number: CV14-04648 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/21/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Smith H44485
San Quentin State Prison
San Quentin, CA 94974

Dated: _____9/21/2015_____

                                 Susan Y. Soong, Clerk
                                 By: Elizabeth Garcia, Deputy Clerk